## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-2020-448-PRW |
| ) | |
| OKLAHOMA CITY UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### AMENDED NOTICE TO TAKE DEPOSITION

TO:   **Jennifer Rodgers**
       c/o Mark Hammons
       Amber L. Hurst
       HAMMONS, HURST & ASSOCIATES
       325 Dean A. McGee Avenue
       Oklahoma City, Oklahoma 73102
       Telephone: (405) 235-6100
       Facsimile: (405) 235-6111
       amber@hammonslaw.com

PLEASE TAKE NOTICE that counsel for the Defendant will take the deposition upon oral examination of Plaintiff, Jennifer Rodgers, on **Monday, May 24, 2021 at 9:00 a.m.** at the offices of McAfee and Taft, Eighth Floor Two Leadership Square, 211 North Robinson Avenue, Oklahoma City, Oklahoma 73102.  Said deposition will be conducted pursuant to the Federal Rules of Civil Procedure, before a Certified Shorthand Reporter. The deposition will be recorded by stenographic means only and will continue from day to day until complete.  You are invited to attend and cross-examine.  All or part of the deposition testimony may be offered into evidence in this action.

Dated this 10th day of May, 2021.

Respectfully Submitted,

*s/Joshua W. Solberg*
Joshua W. Solberg, OBA #22308
Adrienne Martinez, OBA #33961
MCAFEE & TAFT A PROFESSIONAL
CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
josh.solberg@mcafeetaft.com
adrienne.martinez@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Mark Hammons OBA #3784
Amber L. Hurst, OBA #21231
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com

**ATTORNEYS FOR PLAINTFF**

*/s/Joshua W. Solberg*
Joshua W. Solberg